UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Criminal Case No. 06-cr-00225-WYD
UNITED STATES OF AMERICA,

       Plaintiff,

v.

1. JUAN RAFAEL BECERRA-GUDINA
2. DANY MICHEL FLORES-PEREZ
3. LEOBARDO PADILLA-BENITO
4. HERBERTO SANTIZO-ESCALANTE
5. PEDRO SANTIZO-ESCALANTE

       Defendants.
_____

**ORDER**
_____

       This matter is before the Court upon a review of the file.  To ensure that all pretrial phases of the case are complete before the commencement of the jury trial, it is

       ORDERED that all pretrial motions shall be filed by **Monday, July 24, 2006**, and responses to these motions shall be filed by **Friday, August 4, 2006**.  It is

       FURTHER ORDERED that a hearing on all pending motions and final trial preparation conference is set for **Friday, August 11, 2006, at 9:00 a.m.**  It is

       FURTHER ORDERED that a three-day jury trial is set to commence **Monday, August 28, 2006, at 9:00 a.m.**

       Dated:  June 29, 2006

                               BY THE COURT:
                               s/ Wiley Y. Daniel_____
                               Wiley Y. Daniel
                               U. S. District Judge