UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Criminal Case No. 06-cr-00225-WYD

UNITED STATES OF AMERICA,

      Plaintiff,

v.

1. **JUAN RAFAEL BECERRA-GUDINA**;
2. DANY MICHEL FLORES-PEREZ;
3. LEOBARDO PADILLA-BENITO;
4. **HERBERTO SANTIZO-ESCALANTE**; and
5. PEDRO SANTIZO-ESCALANTE

      Defendants.

_____

## MINUTE ORDER
_____

ORDER ENTERED BY JUDGE WILEY Y. DANIEL

      Defendant Herberto Santizo-Escalante's Motion to Refer Matter to Magistrate Judge for Change of Plea and Sentencing (#62 - 8/2/06) is **GRANTED.**

      Defendant Juan Rafael Becerra-Gudina's Motion to Refer Matter to Magistrate (Judge) for a Change of Plea and Immediate Sentencing (#63 - 8/3/06) is **GRANTED.**

      Since all defendants have filed notices of disposition, the final trial preparation conference and hearing on pending motions set for **Friday, August 11, 2006, at 1:30 p.m.** and the trial to jury set to commence on **Monday, August 28, 2006** are **VACATED.**

      Dated: August 4, 2006